Executors, etc., Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRANCES PATRONE and Another, as Administrators, etc., of NICHOLAS PATRONE, Deceased, Respondents, v. M. P. HOWLETT, INC., Appellant.— Motion to add case to the June term calendar denied.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ESTHER R. POLISIUK and Another, Respondents, v. JOSEPH H. MAYERS and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN SCHROLL, Appellant, v. ERNEST M. FREELAND, Respondent.— Motion to dismiss appeal granted.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SYDNEY A. SYME, Respondent, v. JAMES J. BYRNE, Appellant.  WILLIAM O. HOBBY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MABEL G. TAPLEY, as Administratrix, etc., of HERBERT F. TAPLEY, Deceased, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Stay of thirty days granted to permit application to the Court of Appeals.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

DE LAND A. VANDERWERKEN, Appellant, v. JOHN POLACHEK, Respondent.— Motion for reargument denied.  The answer alleges no facts by way of defense, which entitle the plaintiff to a bill of particulars.  (London Produce Co., Inc., v. Poels & Brewster, Inc., 199 App. Div. 623.)  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LILLIAN R. WELLS, Appellant, v. JOSEPH PARASCONDOLA, Respondent.— Motion to add case to the June term calendar denied.  Present — Kelly, P. J., Jaycox, Manning and Young, JJ.

JAMES F. D. COCHENOUR, as Administrator, etc., of WILLIAM DAVIE COCHENOUR, Deceased, Respondent, v. GEORGE H. JACKSON, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Manning, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents upon the ground that the verdict is contrary to the evidence.

FRANK DONNELLY, Respondent, v. STATEN ISLAND SHIPBUILDING COMPANY, Appellant.— Order in so far as appealed from modified by denying the motion to strike out the fifth and ninth defenses, and as so modified affirmed, without costs.  The complaint seeks to piece out a common-law action with the aid of such provisions of the Employers' Liability Act* as constituted under the common law the negligence of a fellow-servant.  This cannot be done.  (Collelli v. Turner, 215 N. Y. 675.)  We cannot say from the complaint whether plaintiff relies upon

* See Employers' Liability Law (Consol. Laws, chap. 74; Laws of 1921, chap. 121), § 2 et seq.— [REP.